# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

HANOVER INSURANCE COMPANY                              PLAINTIFF

V.                           3:18CV00054 JM

DUNBAR MECHANICAL CONTRACTORS LLC,
dba DUNBAR MECHANICAL CONTRACTORS
INC.                                                        DEFENDANT

## ORDER

After review of the Plaintiff's Motion for Judgment on the Pleadings, Defendant's Response and Plaintiff's Reply, the Court finds that the Motion should be converted to a Motion for Summary Judgment under Federal Rule of Civil Procedure 12(d).

If the parties have an objection to the conversion of this motion to a summary judgment motion, please file a response citing authority for your objection by Monday, March 4, 2019. Otherwise, you may submit any supplemental material in support of your Motion or Response on or before March 29, 2019. Each party will have until April 12, 2019 to respond to the supplemental material.

IT IS SO ORDERED this 27th day of February, 2019.

                                                   _____
                                                   James M. Moody Jr.
                                                   United States District Judge