# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

THE HANOVER INSURANCE COMPANY                                PLAINTIFF

V.                          3:18CV00054 JM

DUNBAR MECHANICAL CONTRACTORS,
LLC, dba DUNBAR MECHANICAL
CONTRACTORS, INC.                                            DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Plaintiff and against the Defendant.

IT IS SO ORDERED this 3rd day of June, 2019.

_____
James M. Moody Jr.
United States District