IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THE HANOVER INSURANCE COMPANY                                PLAINTIFF

V.                              3:18CV00054 JM

DUNBAR MECHANICAL CONTRACTORS,
LLC, dba DUNBAR MECHANICAL
CONTRACTORS, INC.                                            DEFENDANT

## ORDER

Pending is the parties' motion to amend the final scheduling order and continue the trial date. The Court is agreeable to extending the discovery deadline. However, the trial date will not be continued. The parties may file a new proposed scheduling order with this restriction in mind.

The motion to amend the final scheduling order (ECF No. 45) is DENIED.

IT IS SO ORDERED this 17th day of August, 2021.

_____
James M. Moody Jr
United States District Judge