IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THE HANOVER INSURANCE COMPANY                                          PLAINTIFF

V.                                        3:18CV00054 JM

DUNBAR MECHANICAL CONTRACTORS, LLC
d/b/a Dunbar Mechanical Contractors, Inc.                              DEFENDANT

## ORDER

Pending is Plaintiff's motion to compel Defendant to respond to its First Set of Interrogatories and First Requests for Production of Documents. The motions to compel (ECF No. 53, 55) are GRANTED. Defendant is ordered to provide the discovery responses to Plaintiff's counsel by 5:00 p.m. on Thursday, January 20, 2022 and to pay Plaintiff's attorneys' fees related to the motion in the amount of $2,020.00.

IT IS SO ORDERED this 13th day of January, 2022.

_____
James M. Moody Jr.
United States District Judge