IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THE HANOVER INSURANCE COMPANY                              PLAINTIFF

V.                          3:18CV00054 JM

DUNBAR MECHANICAL CONTRACTORS, LLC                         DEFENDANTS

## ORDER

Pending is Plaintiff's motion for sanctions for Dunbar's alleged failure to fully respond to Plaintiff's discovery requests and willful violation of the Court's order. The Court has reviewed the pleadings, exhibits, and relevant law. The Court finds that Dunbar has not willfully violated the Court's order compelling discovery. The motion for sanctions (ECF No. 61) is DENIED.

IT IS SO ORDERED this 31st day of March, 2022.

James M. Moody Jr
United States District Judge